DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CARLOS ODIN VILLEGAS-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:09-cr-0263 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | Date: October 5, 2009 |
| CARLOS ODIN VILLEGAS-HERNANDEZ, | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record that the Status Conference in the above captioned matter scheduled for September 14, 2009 at 9:00 a.m. may be continued to October 5, 2009 at 9:00 a.m.

   This continuance is requested to allow additional time for preparation of a Presentence Investigation Report by the U. S. Probation Office, and time for the parties to review the report prior to the hearing.  The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2    justice, including but not limited to, the need for the period of time set forth herein for further defense
3    preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

4

5                                                          LAWRENCE G. BROWN
                                                           United States Attorney
6

7    DATED: September 10, 2009          By:     /s/ Susan Phan
                                                SUSAN PHAN
8                                               Assistant U.S. Attorney
                                                Attorney for Plaintiff
9

10                                                         DANIEL J. BRODERICK
                                                           Federal Public Defender
11

12   DATED: September 10, 2009          By      /s/ Victor M. Chavez
                                                VICTOR M. CHAVEZ
13                                              Assistant Federal Defender
                                                Attorney for Defendant
14                                              Carlos Odin Villegas-Hernandez

15

16

17

18

19                                     **O R D E R**

20   **IT IS SO ORDERED.**

21   DATED: September 11, 2009

22                                              OLIVER W. WANGER, Judge
                                                United States District Court
23                                              Eastern District of California

24

25

26

27

28

Villegas-Hernandez - Stipulation and Proposed Order          2